**FILED**

NOV 21 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 11 B 33413
PETHINAIDU VELUCHAMY AND )
PARAMESWARI VELUCHAMY )
)
) Chapter 7
Debtors. )
_____ )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LANDIS RATH & COBB LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $39,469.00 | TOTAL COSTS REQUESTED: | $634.00 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $50.55 |
| TOTAL FEES ALLOWED: | $39,469.00 | TOTAL COSTS ALLOWED: | $586.15 |

**TOTAL FEES AND COSTS ALLOWED: $40,055.15**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(3) Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

**(11) Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: November 21, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

Date: 10/19/2012            **Detail Cost Transaction File List**            Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 907.001 Brenda Helms, Interim Chapter 7 Trustee | | | | | | | | |
| 907.001 | 09/13/2011 | AGL | U | B100 E112 | | 50.00 | Court fees - Pro Hac Vice | 18 |
| 907.001 | 09/13/2011 | WEC | U | B100 E107 | | 21.75 | Courier Fees Digital Legal, LLC - Invoice 60172 | 19 |
| 907.001 | 09/13/2011 | WEC | U | B100 E102 | | 149.49 | Outside printing Digital Legal, LLC - Invoice 59998 | 20 |
| 907.001 | 09/30/2011 | WEC | U | B100 E208 | | 7.44 | Electronic Filing PACER Invoice 093011 | 21 |
| 907.001 | 10/21/2011 | WEC | U | B100 E228 | | 30.00 | Telephonic Court Appearance American Express - Courtcall ID 4541140 | 23 |
| 907.001 | 10/31/2011 | WEC | U | B100 E208 | | 1.84 | PACER Document Retrieval | 22 |
| 907.001 | 11/04/2011 | WEC | U | B100 E102 | | 101.35 | Outside printing Digital Legal, LLC - Invoice 61616 | 24 |
| 907.001 | 11/30/2011 | WEC | U | B100 E208 | | 11.28 | PACER Document Retrieval | 25 |
| 907.001 | 12/16/2011 | WEC | U | B100 E101 | 0.150 | 48.00 | Copying | 26 |
| 907.001 | 12/31/2011 | WEC | U | B100 E208 | | 51.60 | PACER Document Retrieval | 27 |
| 907.001 | 02/15/2012 | KKM | U | B100 E107 | | 5.00 | Delivery services/messengers Digital Legal, LLC - Invoice 63827 | 28 |
| 907.001 | 02/15/2012 | KKM | U | B100 E101 | 0.150 | 29.40 | Copying | 29 |
| 907.001 | 02/29/2012 | AGL | U | B100 E106 | | 22.05 | Online research LexisNexis Invoice 1202141098 | 30 |
| 907.001 | 02/29/2012 | AGL | U | B100 E208 | | 54.88 | PACER Document Retrieval | 31 |
| 907.001 | 03/31/2012 | AGL | U | B100 E208 | | 27.12 | PACER Document Retrieval | 32 |
| 907.001 | 05/31/2012 | AGL | U | B100 E208 | | 5.80 | PACER Document Retrieval | 33 |
| 907.001 | 08/31/2012 | AGL | U | B100 E208 | | 17.00 | PACER Document Retrieval | 34 |

Total for Client ID 907.001      Billable      634.00 Brenda Helms, Interim Chapter 7 Trustee Qualteq, Inc. d/b/a VCT New Jersey, Inc.

**GRAND TOTALS**

Billable      634.00