UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 11 B 33413 |
| PETHINAIDU VELUCHAMY AND ) | |
| PARAMESWARI VELUCHAMY, ) | |
| ) | |
| ) | Chapter 7 |
| Debtors. ) | |
| _____ ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF ARNSTEIN & LEHR, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $55,097.50 | TOTAL COSTS REQUESTED: | $186.78 |
| TOTAL FEES REDUCED: | $2,308.20 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $52,789.30 | TOTAL COSTS ALLOWED: | $186.78 |

**TOTAL FEES AND COSTS ALLOWED: $52,976.08**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: August 18, 2015

_____
Eugene R. Wedoff
United States Bankruptcy Judge

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION

INVOICE: 2029575
PAGE 2

| Date | Description | Hours |
|---|---|---|
| 08/26/14 | VELUCHAMY - CALL WITH HOWARD ROIN RE: STATUS AND TAX REFUND QUESTIONS. BARRY A. CHATZ | 0.30 hr. |
| 08/28/14 | VELUCHAMY - REVIEW AND E-MAILS RE: RULE 41 MOTION. BARRY A. CHATZ | 0.50 hr. |
| 09/02/14 | VELUCHAMY - E-MAILS RE: INCOME TAX ISSUES AT CORPORATE LEVEL. BARRY A. CHATZ | 0.30 hr. |
| 09/03/14 | VELUCHAMY - CALL WITH FRED CARUSO RE: CREATIVE INVESTMENTS DISTRIBUTION, TURN-OVER PROTOCOL, AND DISMISSAL ORDER ISSUES. BARRY A. CHATZ | 0.50 hr. |
| 09/05/14 | VELUCHAMY - E-MAILS AND CALLS WITH BOTH FRED CARUSO AND BRENDA HELMS ON MULTIPLE OCCASIONS WITH RESPECT TO CREATIVE DISMISSAL AND FINALIZATION OF TAX RETURNS AS WELL AS POTENTIAL ADDITIONAL FUNDS THAT MAY FLOW THROUGH VELUCHAMY ESTATE. BARRY A. CHATZ (?) | 0.60 hr. -.06 |
| 09/09/14 | VELUCHAMY - CALLS AND E-MAILS RE: CREATIVE DISMISSAL ORDER AND TERMS THEREON. BARRY A. CHATZ (?) | 0.40 hr. -.04 |
| 09/09/14 | VELUCHAMY - CALLS WITH CLIENT RE: CONTINUANCE OF HEARING TO 9/24 WITH RESPECT TO FRAUDULENT CONVEYANCE MATTER. BARRY A. CHATZ | 0.20 hr. |
| 10/08/14 | VELUCHAMY - E-MAILS RE: ISSUES WITH RESPECT TO TAX MATTERS. (4) BARRY A. CHATZ | 0.20 hr. -.2 |
| 10/09/14 | VELUCHAMY - E-MAILS RE: 9/15/14 TAX ISSUES AND IMPACT RELATING THERETO. BARRY A. CHATZ | 0.50 hr. |
| 10/15/14 | VELUCHAMY - CALL WITH CLIENT RE: ISSUES WITH RESPECT TO EXTENT OF TAXES DUE 10/15/14. BARRY A. CHATZ | 0.30 hr. |
| 10/15/14 | VELUCHAMY - CALLS WITH FRED CARUSO RE: POTENTIAL ADDITIONAL FUNDS AVAILABLE RE: UNANTICIPATED TAX BURDEN. BARRY A. CHATZ | 0.40 hr. |
| 10/16/14 | VELUCHAMY - E-MAILS AND CALLS RE: ISSUES WITH RESPECT TO TAXES AND ADDITIONAL FUNDS NECESSARY TO COVER SAME. (?) BARRY A. CHATZ | 0.50 hr. -.05 |
| 10/23/14 | VELUCHAMY: REVIEW DISTRICT COURT'S ORDER IN FDIC ADVERSARY CASE WITHDRAWING REFERENCE. KEVIN H. MORSE | 0.40 hr. |
| 10/29/14 | VELUCHAMY - E-MAILS WITH BRENDA HELMS RE: REPORTING ISSUES. BARRY A. CHATZ | 0.20 hr. |
| 11/13/14 | VELUCHAMY - E-MAILS RE: 11/26 HEARING ISSUES. BARRY A. CHATZ | 0.30 hr. |

-187.00

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION  INVOICE: 2029575
PAGE 4

| Date | Description | Hours |
|---|---|---|
| 12/30/14 | VELUCHAMY - POST-HEARING CONFERENCE WITH ARUN AND NEW COUNSEL RE: TURN OVER OF FUNDS AND E-MAILS WITH BANK OF AMERICA REPRESENTATIVES AND TRUSTEE RE: SAME.<br>BARRY A. CHATZ ⑦ -.04 | 0.40 hr. |
| 12/30/14 | VELUCHAMY - CALLS AND E-MAILS WITH SCOTT ALSTERDA AND TOM KIRIAKOS RE: MEETING WITH RESPECT TO QUALTEQ DISTRIBUTION TO VELUCHAMY ESTATE AND TELEPHONE CONFERENCE FOR 12/31 RELATING TO SAME.<br>BARRY A. CHATZ | 0.30 hr. |
| 12/31/14 | VELUCHAMY - E-MAILS RE: SCHEDULING MOTION WITH RESPECT TO OFFER ON JUDGMENT ON THE ADVERSARY AGAINST ARUN AND ANU.<br>BARRY A. CHATZ | 0.20 hr. |
| 12/31/14 | VELUCHAMY - CALL RE: STRATEGIC PLAN ON TURNOVER OF FUNDS FROM QUALTEQ TO VELUCHAMY ESTATE. ④ -.3<br>BARRY A. CHATZ | 0.30 hr. |
| 12/31/14 | VELUCHAMY - CALL TO FRED CARUSO RE: TURN OVER MOTION.<br>BARRY A. CHATZ | 0.20 hr. |
| 01/02/15 | VELUCHAMY: REVIEW OF DOCKET RE: MOTION TO EXTEND TIME AND DETERMINE WHETHER NOTICE OF APPEAL ON FILE AND WHICH COUNTS WERE APPEALED.<br>KEVIN H. MORSE | 0.40 hr. |
| 01/05/15 | VELUCHAMY - CALL WITH FRED CARUSO RE: DISTRIBUTION FROM QUALTEQ ESTATE TO BRENDA HELMS TRUSTEE VELUCHAMY ESTATE AND PROTOCOL RELATING THERETO AS WELL AS ACCOUNTING WAIVER AND POTENTIAL TAX ISSUES FOR THE QUALTEQ ESTATE INCLUDING TAX RETURNS.<br>BARRY A. CHATZ | 0.40 hr. |
| 01/05/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS AND E-MAILS RELATING TO THE CONVERSATION WITH FRED CARUSO AND TRANSFER OF FUNDS FROM QUALTEQ ESTATE AND CASE CLOSING.<br>BARRY A. CHATZ | 0.20 hr. |
| 01/06/15 | VELUCHAMY - CALL WITH FRED CARUSO AND REVIEW DRAFT OF DISBURSEMENT PROTOCOL RE: TURN OVER OF FUNDS TO BRENDA HELMS ESTATE.<br>BARRY A. CHATZ | 0.50 hr. |
| 01/06/15 | VELUCHAMY: MULTIPLE CORRESPONDENCE TO/FROM COUNSEL FOR LENDER FORECLOSING ON ANU'S CONDOMINIUM.<br>KEVIN H. MORSE | 0.30 hr. |
| 01/07/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS RE: ISSUES WITH RESPECT TO TURN OVER OF FUNDS AS WELL AS FUNDS TO BE SUBJECT TO CITATION.<br>BARRY A. CHATZ | 0.20 hr. |
| 01/07/15 | VELUCHAMY - FOLLOW UP WITH FRED CARUSO, QUALTEQ TRUSTEE, RE: TIMING OF SPREADSHEET TURN OVER RELATING TO FUNDS IN QUALTEQ ESTATE.<br>BARRY A. CHATZ | 0.30 hr. |
| 01/07/15 | VELUCHAMY - CALL WITH HOWARD ROIN RE: ISSUES ON MOTION WITH RESPECT TO AMENDING JUDGMENT IN THE ESTATE V. ARUN AND ANU CASE.<br>BARRY A. CHATZ | 0.30 hr. |

-18360

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION

INVOICE: 2029575
PAGE 5

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/07/15 | VELUCHAMY - REVIEW MOTION TO ALTER/AMEND JUDGMENT. | BARRY A. CHATZ | 0.80 hr. |
| 01/07/15 | VELUCHAMY - FOLLOW UP CALL WITH HOWARD ROIN RE: THOUGHTS WITH RESPECT TO ATTEMPT TO OBTAIN AGREED ORDER RE: MOTION TO ALTER/AMEND JUDGMENT. | BARRY A. CHATZ | 0.20 hr. |
| 01/07/15 | VELUCHAMY - CALL WITH BRENDA HELMS TRUSTEE RE STATUS OF ALL MATTERS. | BARRY A. CHATZ | 0.30 hr. |
| 01/08/15 | VELUCHAMY - REVIEW FINAL DISTRIBUTION ANALYSIS AND E-MAILS THEREON. | BARRY A. CHATZ | 0.50 hr. |
| 01/13/15 | VELUCHAMY - E-MAILS TO CLIENT RE: QUALTEQ TURNOVER MOTION. | BARRY A. CHATZ | 0.30 hr. |
| 01/13/15 | VELUCHAMY - ATTEND HEARING ON MOTION TO AMEND JUDGMENT AND COSTS ISSUES. | BARRY A. CHATZ | 1.20 hr. |
| 01/13/15 | VELUCHAMY - REVIEW MOTION RE: DISTRIBUTION FROM QUALTEQ AND E-MAIL TO TOM KIRIAKOS RE: SAME. | BARRY A. CHATZ | (7) 0.40 hr.  -.04 |
| 01/13/15 | VELUCHAMY - REVIEW DRAFT ORDER RE: DISTRIBUTION FROM QUALTEQ ESTATE AND E-MAIL CONFIRMATION COMMENTS THEREON. | BARRY A. CHATZ | 0.30 hr. |
| 01/13/15 | VELUCHAMY: REVIEW FEE APPLICATIONS AND SURCHARGE MOTIONS RE: BALANCE REMAINING OF SURCHARGE, IF ANY. | KEVIN H. MORSE | 1.00 hr. |
| 01/14/15 | VELUCHAMY - REVIEW REVISED QUALTEQ TURNOVER, ORDER AND E-MAILS RE: SAME. | BARRY A. CHATZ | 0.80 hr. |
| 01/15/15 | VELUCHAMY - CALL WITH FRED CARUSO AND E-MAILS RE: STATUS ON MOTION. | BARRY A. CHATZ | (7) 0.50 hr. -.05 |
| 01/16/15 | VELUCHAMY - REVIEW QUI TAM RELIEF FROM STAY MOTION AND E-MAIL THEREON. | BARRY A. CHATZ | 0.50 hr. |
| 01/19/15 | VELUCHAMY - E-MAILS AND CALLS RE: CONNOR'S RELIEF FROM STAY MOTION. | BARRY A. CHATZ | 0.30 hr. |
| 01/19/15 | VELUCHAMY: MULTIPLE CORRESPONDENCE RE: RELIEF FROM STAY MOTION AND NEED FOR CONFERENCE CALL. | KEVIN H. MORSE | (4)(7) 0.40 hr.  -.4 |
| 01/19/15 | VELUCHAMY: CONFERENCE CALL WITH COUNSEL FOR FDIC AND BANK OF AMERICA. | KEVIN H. MORSE | 0.30 hr. |
| 01/20/15 | VELUCHAMY - POST HEARING E-MAILS RE: QUI TAM ISSUES AND RULING. | BARRY A. CHATZ | (7) 0.20 hr.  -.02 |

-1520


BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION                    INVOICE: 2029575
                                                                                 PAGE 7

| Date | Description | Hours |
|---|---|---|
| 02/09/15 | VELUCHAMY - ISSUES RE: TURNOVER MOTION AND SUBSEQUENT CASE MANAGEMENT AND OTHER ISSUES.<br>BARRY A. CHATZ  (7)  —.03 | 0.30 hr. |
| 02/09/15 | VELUCHAMY: DRAFT DETAILED CORRESPONDENCE TO COUNSEL FOR BANK OF AMERICA RE: ADDITIONAL AMOUNTS NEEDED FOR SURCHARGE (1.4); REVIEW AND REVISE CORRESPONDENCE (.7).<br>KEVIN H. MORSE | 2.10 hr. |
| 02/10/15 | VELUCHAMY - E-MAILS RE: ISSUES RELATING TO CLAIM RESOLUTION WITH RESPECT TO ANU AND ARUN AND AGREEMENT RE: DISTRIBUTION OF FUNDS.<br>BARRY A. CHATZ  (4)  —.2 | 0.20 hr. |
| 02/10/15 | VELUCHAMY: REVIEW QUALTEQ DISTRIBUTION MOTION AND AGREED ORDER.<br>KEVIN H. MORSE | 0.90 hr. |
| 02/11/15 | VELUCHAMY - E-MAILS AND REVIEW PROTECTIVE ORDER RE: ARUN AND ANU AND U.S. TRUSTEE APPROVAL.<br>BARRY A. CHATZ  (7)  —.06 | 0.60 hr. |
| 02/11/15 | VELUCHAMY - REVIEW REVISED MOTION RE: QUALTEQ TURNOVER AND E-MAILS THEREON.<br>BARRY A. CHATZ | 0.40 hr. |
| 02/15/15 | VELUCHAMY - E-MAILS RE: TURN OVER OF FUNDS RELATING TO CITATION VERSUS ANU AND OAK BROOK PROPERTY.<br>BARRY A. CHATZ | 0.20 hr. |
| 02/16/15 | VELUCHAMY - CALL WITH CARUSO RE: TAX ISSUES AND FOLLOW UP E-MAIL TO CLIENT RE: SAME.<br>BARRY A. CHATZ | 0.40 hr. |
| 02/16/15 | VELUCHAMY: CALL WITH TRUSTEE RE: TENANT'S TURNOVER OF ANU RENTS (.2); CALL WITH COUNSEL FOR BOFA RE: SAME AND DISCUSSIONS ON RECORD RE: TURNOVER, AMOUNTS, AND UNPAID RENTS (.3).<br>KEVIN H. MORSE | 0.50 hr. |
| 02/16/15 | VELUCHAMY: REVIEW UNOFFICIAL TRANSCRIPT OF ANU'S CITATION PROCEEDING.<br>KEVIN H. MORSE | 0.80 hr. |
| 02/16/15 | VELUCHAMY: DRAFT LETTER TO BE SIGNED BY ANU VELUCHAMY INFORMING TENANT AT 3005 OAK BROOK THAT ALL PAST AND FUTURE RENT MUST BE PAID OVER TO TRUSTEE.<br>KEVIN H. MORSE | 1.10 hr. |
| 02/16/15 | VELUCHAMY: CORRESPONDENCE WITH QUALTEQ TRUSTEE'S COUNSEL RE: CONFERENCE CALL TOMORROW AND REQUEST COPIES OF ADVERSARY COMPLAINTS (.2); REVIEW ADVERSARY COMPLAINTS AND PRIOR STIPULATIONS RE: ADMINISTRATIVE CLAIMS IN PREPARATION OF CALL AND SEND TO TRUSTEE FOR DISCUSSION (.9).<br>KEVIN H. MORSE | 1.10 hr. |
| 02/17/15 | VELUCHAMY - E-MAILS RE: TAX ISSUES AND OTTER LITIGATION.<br>BARRY A. CHATZ  (7)  —.04 | 0.40 hr. |
| 02/17/15 | VELUCHAMY - CALL WITH CARUSO IN FOLLOW UP ON TAX ISSUES.<br>BARRY A. CHATZ | 0.20 hr. |

—128.20

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION   INVOICE: 2029575
PAGE 8

| Date | Description | Hours |
|---|---|---|
| 02/17/15 | VELUCHAMY: CORRESPONDENCE WITH COUNSEL FOR BOFA AND TRUSTEE RE: CONFERENCE CALL AND GOING FORWARD WITH QUALTEQ ADVERSARY CASES.<br>KEVIN H. MORSE | 0.40 hr. |
| 02/19/15 | VELUCHAMY- CALLS RE: CITATION V. ARUN ISSUES.<br>BARRY A. CHATZ | (4) 0.80 hr. -.8 |
| 02/19/15 | VELUCHAMY - CALL WITH TRUSTEE RE: TAX RETURNS, CITATIONS AND OTHER LITIGATION ISSUES.<br>BARRY A. CHATZ | 0.30 hr. |
| 02/19/15 | VELUCHAMY - REVIEW AND REVISE SUPPLEMENTAL AFFIDAVIT 2014.<br>BARRY A. CHATZ | 0.30 hr. |
| 02/19/15 | VELUCHAMY: DRAFT THIRD SUPPLEMENTAL DECLARATION RE: RAFAELI PURCHASERS (1.2); CALLS WITH B. CHATZ AND TRUSTEE RE: SAME (.5).<br>KEVIN H. MORSE | 1.70 hr. |
| 02/20/15 | VELUCHAMY: REVISIONS TO SUPPLEMENTAL DECLARATION BASED ON DISCUSSIONS WITH TRUSTEE AND B. CHATZ.<br>KEVIN H. MORSE | 0.50 hr. |
| 02/20/15 | VELUCHAMY: MULTIPLE CALLS WITH COUNSEL FOR BANK OF AMERICA RE: DECLARATION AND STATUS OF CITATION PROCEEDINGS.<br>KEVIN H. MORSE | 0.60 hr. |
| 02/20/15 | VELUCHAMY: CORRESPONDENCE WITH TRUSTEE RE: STATUS OF CITATIONS PROCEEDINGS AND DECLARATION.<br>KEVIN H. MORSE | 0.20 hr. |
| 02/23/15 | VELUCHAMY: MULTIPLE CONVERSATIONS AND CORRESPONDENCE RE: THIRD SUPPLEMENTAL DECLARATION AND CONFERENCE CALL WITH QUALTEQ COUNSEL.<br>KEVIN H. MORSE | (D)(4) 0.50 hr. -.5 |
| 02/24/15 | VELUCHAMY - E-MAILS RE: STATUS WITH RESPECT TO ADDITIONAL LITIGATION.<br>BARRY A. CHATZ | 0.20 hr. |
| 02/24/15 | VELUCHAMY - E-MAILS RE: TAX RETURN ISSUES FOR 2014 WITH CLIENT AS WELL AS QUALTEQ TRUSTEE.<br>BARRY A. CHATZ | 0.40 hr. |
| 02/26/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS RE: ISSUES. PRE-CONFERENCE CALL WITH ALL HANDS ON DECK INCLUDING QUALTEQ REPS.<br>BARRY A. CHATZ | 0.20 hr. |
| 02/26/15 | VELUCHAMY - CALL WITH QUALTEQ ATTORNEYS AS WELL AS TOM KIRIAKOS RE: ASSET TRANSFER, LITIGATION TRANSFER SETTLEMENT AGREEMENT.<br>BARRY A. CHATZ | 0.30 hr. |
| 02/26/15 | VELUCHAMY: MULTIPLE CORRESPONDENCE RE: CONFERENCE CALL AND QUALTEQ COMPLAINTS.<br>KEVIN H. MORSE | (4) 0.30 hr. -.3 |

-628.00

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION                INVOICE: 2029575
                                                                              PAGE 9

| Date | Description | Hours |
|---|---|---|
| 02/27/15 | VELUCHAMY - REVIEW E-MAILS FROM MAYER BROWN RE: ANU VELUCHAMY RECOVERABLE ASSETS BASED UPON CITATION.<br>BARRY A. CHATZ | 0.60 hr. |
| 02/27/15 | VELUCHAMY - E-MAILS RE: ACTIONS TO BE UNDERTAKEN WITH RESPECT TO ANU VELUCHAMY CITATIONS AND OTHER ISSUES.<br>BARRY A. CHATZ | 0.20 hr. |
| 02/27/15 | VELUCHAMY - E-MAILS RE: TAX ISSUES AND STATUS WITH CLIENT AND FRED CARUSO.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/02/15 | VELUCHAMY - REVIEW WITH DAVID GOLIN ISSUES RE: CITATIONS AGAINST ANU AND ARUN AND ACTIONS TO BE TAKEN WITH RESPECT TO FORECLOSURE/CHARGING LIENS ON LLC INTEREST.<br>BARRY A. CHATZ | 0.50 hr. |
| 03/02/15 | VELUCHAMY - E-MAILS RE: TAX ISSUES WITH RESPECT TO QUALTEQ FLOW THROUGH DAYS.<br>BARRY A. CHATZ | ④ 0.50 hr. −.5 |
| 03/02/15 | VELUCHAMY - CALL WITH TRUSTEE RE: SONIA VELUCHAMY COLLECTION ACTION, TAXES, AND OTHER MATTERS.<br>BARRY A. CHATZ | 0.50 hr. |
| 03/02/15 | VELUCHAMY - E-MAILS RE: TAX ISSUES AS WELL AS SONIA VELUCHAMY TRANSFER OF LITIGATION TO TOM KIRIAKOS.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/02/15 | VELUCHAMY - FOLLOW UP CALL WITH CLIENT AND DAVID GOLIN RE: CITATION PROTOCOL AND FORECLOSURE ON LLC INTEREST.<br>BARRY A. CHATZ | 0.30 hr. |
| 03/02/15 | VELUCHAMY - CALL WITH ARIEL WEISSBERG RE: FDIC SETTLEMENT NEGOTIATIONS AND ISSUES RELATING THERETO.<br>BARRY A. CHATZ | 0.30 hr. |
| 03/02/15 | VELUCHAMY - FOLLOW UP E-MAILS RE: FDIC SETTLEMENT NEGOTIATIONS WITH TOM KIRIAKOS, TRUSTEE, ETC.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/02/15 | VELUCHAMY - E-MAIL TO FRED CARUSO AND FOLLOW UP WITH TOM KIRIAKOS RE: TAX IMPLICATIONS RE: INDEBTEDNESS ISSUES AT QUALTEQ LEVEL.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/03/15 | VELUCHAMY - E-MAILS RE: FDIC ISSUES, DEBTOR ISSUES, ETC. WITH TOM KIRIAKOS AND OTHERS.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/03/15 | VELUCHAMY - FOLLOW UP CALL WITH FRED CARUSO RE: ISSUES WITH RESPECT TO TAX RETURNS, NOL'S AND OTHER ISSUES.<br>BARRY A. CHATZ | 0.30 hr. |
| 03/03/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS RE: ISSUES WITH RESPECT TO NEGOTIATION ISSUES WITH FDIC, TAX ISSUES ON REAL ESTATE AND OTHER TYPES OF MATTERS, AND OTHER ISSUES.<br>BARRY A. CHATZ | 0.30 hr. |

−270.00

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY – CASE ADMINISTRATION                    INVOICE: 2029575
                                                                                 PAGE 10

| Date | Description | Hours |
|---|---|---|
| 03/04/15 | VELUCHAMY - CONFERENCE RE: PINNACLE CASE AND FURTHER AMENDMENTS TO DECLARATION.<br>KEVIN H. MORSE | 0.30 hr. |
| 03/05/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS RE: LITIGATION STATUS.<br>BARRY A. CHATZ | 0.10 hr. |
| 03/05/15 | VELUCHAMY - CALL WITH SCOTT ALSTERDA RE: DISCUSSION WITH RESPECT TO FDIC SETTLEMENT NEGOTIATIONS.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/09/15 | VELUCHAMY - REVIEW TERMS OF QUALTEQ RESOLUTION ORDER AND OTHER ISSUES.<br>BARRY A. CHATZ | 0.30 hr. |
| 03/09/15 | VELUCHAMY - CONFERENCE CALL RE: ISSUES RELATING TO QUALTEQ BANKRUPTCY, ASSIGNMENT OF CLAIMS, RESOLUTION OF CASE, AND TRANSFER OF ASSETS WITH BANK OF AMERICA, FDIC AND QUALTEQ COUNSEL.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/10/15 | VELUCHAMY - E-MAILS RE: TAX STATUS.<br>BARRY A. CHATZ | (4) 0.20 hr. -.2 |
| 03/11/15 | VELUCHAMY - CALL WITH SCOTT ALSTERDA RE: DIRECTOR AND OFFICER CASE ISSUES AND POTENTIAL REQUESTS RELATING TO PRIVILEGE.<br>BARRY A. CHATZ | 0.40 hr. |
| 03/11/15 | VELUCHAMY - E-MAIL TO BRENDA HELMS RE: CORPORATE PRIVILEGE WAIVER AS WELL AS SUIT WAS DWP'D IN 2011.<br>BARRY A. CHATZ | 0.30 hr. |
| 03/11/15 | VELUCHAMY - E-MAIL TO MAYER BROWN, COUNSEL TO BANK OF AMERICA, RE: SCANLAN SUIT ISSUES, TAX ISSUES, AND OTHER MATTERS.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/12/15 | VELUCHAMY - CALL WITH FRED CARUSO, QUALTEQ TRUSTEE, RE: TAX ISSUES, CALCULATION AND DESIGNATION WITH RESPECT TO CLAIM TRANSFER ISSUES AND TAX RETURNS AND OTHER ISSUES.<br>BARRY A. CHATZ | 0.40 hr. |
| 03/12/15 | VELUCHAMY - REVIEW TRANSFER ON CASE CLOSING ORDER ON QUALTEQ AND E-MAILS THEREON.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/12/15 | VELUCHAMY - E-MAIL RE: TAX ISSUES AND CASE ASSET TRANSFER ANALYSIS FROM FRED CARUSO TO CLIENT AND B OF A COUNSEL.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/12/15 | VELUCHAMY - CALL RE: QUALTEQ WIND-UP MOTION STATUS WITH QUALTEQ COUNSEL, COUNSEL TO B OF A, AND COUNSEL FOR FDIC.<br>BARRY A. CHATZ | 0.10 hr. |
| 03/13/15 | VELUCHAMY - REVIEW LANGUAGE PRE-CONFERENCE CALL RE: PROTOCOL WITH RESPECT TO TRANSFER OF ASSETS AND THOUGHT PROCESSES RE: SAME.<br>BARRY A. CHATZ | 0.30 hr. |

-108.00

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION               INVOICE: 2029575
                                                                            PAGE 11

| Date | Description | Hours |
|---|---|---|
| 03/13/15 | VELUCHAMY - CONFERENCE CALL RE: STATUS ON TRANSFER MOTION WITH COUNSEL TO QUALTEQ TRUSTEE AS WELL AS BANK OF AMERICA AND FDIC.<br>BARRY A. CHATZ | 0.30 hr. |
| 03/16/15 | VELUCHAMY - MOTION REVISION REVIEW AND E-MAILS THEREON.<br>BARRY A. CHATZ | (4) 0.20 hr. -.2 |
| 03/16/15 | VELUCHAMY - E-MAILS RE: TAX STATUS WITH LASKO AND CARUSO.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/17/15 | VELUCHAMY - E-MAILS RE: TAX ISSUES WITH T. KIRIAKOS AND F. CARUSO.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/17/15 | VELUCHAMY - E-MAIL WITH RESPECT TO TERMS TO ARIEL WEISSBERG.<br>BARRY A. CHATZ | 0.30 hr. |
| 03/17/15 | VELUCHAMY - CALL WITH ARIEL WEISSBERG RE: TERMS OF QUALTEQ TURN OVER ORDER AND ISSUES RELATING THERETO AND CONCERNS WITH RESPECT TO ADMINISTRATION, ESTATE REPRESENTATIVE, TAX MATTERS, ETC.<br>BARRY A. CHATZ | 0.40 hr. |
| 03/17/15 | VELUCHAMY - E-MAIL TO BRENDA HELMS IN FOLLOW UP TO CALL WITH ARIEL WEISSBERG.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/20/15 | VELUCHAMY - E-MAILS RE: STATUS ON NEW VELUCHAMY ASSET COLLECTION.<br>BARRY A. CHATZ | 0.20 hr. |
| 03/24/15 | VELUCHAMY - CONFERENCE CALL WITH T. KIRIAKOS AND F. CARUSO RE: TAX ISSUES, ISSUES RE: ALTERNATIVE TAX AND LIMITATIONS ON EXTENSIVE NOL USAGE, ETC.<br>BARRY A. CHATZ | 0.40 hr. |
| 03/25/15 | VELUCHAMY - E-MAILS RE: TAX ANALYSIS.<br>BARRY A. CHATZ | (4) 0.20 hr. -.2 |
| 03/31/15 | VELUCHAMY - REVIEW ISSUES WITH DAVID GOLIN RE: COLLECTION ON ANU ASSETS AND INTERESTS IN LLCS AND ACTIONS TO BE UNDERTAKEN FOR THE SALE WITH RESPECT TO SAME.<br>BARRY A. CHATZ | 0.50 hr. |
| 04/01/15 | VELUCHAMY - CALL WITH FRED CARUSO RE: TAX STATUS.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/07/15 | VELUCHAMY - REVIEW MOTION OF ARUN AND ANU RE: BEAR STEARNS.<br>BARRY A. CHATZ | 0.30 hr. |
| 04/07/15 | VELUCHAMY - E-MAILS WITH CLIENT RE: ARUN AND ANU MOTION AND TAX ISSUES.<br>BARRY A. CHATZ | 0.40 hr. |
| 04/08/15 | VELUCHAMY - CONFERENCE CALL RE: TAX ISSUES WITH QUALTEQ ESTATE REPRESENTATIVES AND BANK OF AMERICA REPRESENTATIVES.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/08/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS RE: STATUS ON DRAFT ORDER WITH RESPECT TO TURN OVER OF FUNDS AND COMMUNICATIONS WITH ANU AND ARUN COUNSEL.<br>BARRY A. CHATZ | 0.10 hr. |

-216.00

| | | |
|---|---|---|
| BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION | | INVOICE: 2029575<br>PAGE 12 |

| Date | Description | Hours |
|---|---|---|
| 04/08/15 | VELUCHAMY - CALL WITH TRUSTEE RE: ISSUES ON AMOUNTS OF TAXES, ESTATE REPRESENTATIVE FEES FOR PURPOSE OF EXPENSE ITEMS.<br>BARRY A. CHATZ | 0.30 hr. |
| 04/08/15 | VELUCHAMY - E-MAIL TO ARIEL WEISSBERG RE: STATUS ON ORDER WITH RESPECT TO DISTRIBUTION FROM QUALTEQ ESTATE.<br>BARRY A. CHATZ | 0.10 hr. |
| 04/09/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS RE: ISSUES RELATING TO SETTLEMENT NEGOTIATIONS AND TURN OVER.<br>BARRY A. CHATZ | 0.10 hr. |
| 04/09/15 | VELUCHAMY - CALL WITH JOE FRANK RE: ISSUES WITH RESPECT TO DSI V. SONIA VELUCHAMY AND ARUN VELUCHAMY AND TRANSITION ISSUES.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/09/15 | VELUCHAMY - DISCUSSION WITH FRED CARUSO QUALTEQ TRUSTEE RE: TAX ISSUES AND TURN OVER MOTION.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/10/15 | VELUCHAMY - E-MAILS RE: 2014 TAX ISSUES.<br>BARRY A. CHATZ | ④ 0.30 hr. — .3 |
| 04/13/15 | VELUCHAMY - CALL WITH WEISSBERG RE: ISSUES ON ORDER AND QUALTEQ CLOSING, CHANGES REQUESTED INCLUDING ISSUES RE: K-1S RECEIVED BY ARUN AND ANU AS WELL AS LITIGATION TRANSFER.<br>BARRY A. CHATZ | 0.50 hr. |
| 04/13/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS COUNSEL TO BANK OF AMERICA RE: RESPONSE FROM ARIEL WEISSBERG (.1); E-MAIL TO ALL PARTIES RE: STATUS ON QUALTEQ CASE CLOSING PLEADINGS (.2).<br>BARRY A. CHATZ | 0.30 hr. |
| 04/15/15 | VELUCHAMY - CALL TO TRUSTEE RE: TAX ISSUES.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/15/15 | VELUCHAMY - E-MAIL IN FOLLOW UP TO CALL WITH TRUSTEE RE: FILING OF MOTION RELATING TO TAX TURN OVER OF FUNDS.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/15/15 | VELUCHAMY - CALL WITH CARUSO RE: ISSUES RE: ASSET TURN OVER AS WELL AS LITIGATION SET FOR AUGUST 2015.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/17/15 | VELUCHAMY - CORRESPONDENCE FROM WEISSBERG RE: SETTLEMENT PROTOCOL AND E-MAIL FOLLOW UP TO PARTIES RE: SAME.<br>BARRY A. CHATZ | 0.20 hr. |
| 04/20/15 | VELUCHAMY - CALL WITH FRED CARUSO RE: ISSUES ON QUALTEQ CLOSING, TAX ISSUES, LITIGATION ISSUES, AND OTHER MATTERS.<br>BARRY A. CHATZ | 0.30 hr. |
| 04/20/15 | VELUCHAMY - E-MAILS WITH TOM KIRIAKOS RE: ALL HANDS ON DECK POTENTIAL MEETING.<br>BARRY A. CHATZ | 0.10 hr. |

_162.00

BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION        INVOICE: 2029575
                                                                    PAGE 13

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 04/21/15 | VELUCHAMY - CALL WITH TOM KIRIAKOS RE: CASE STATUS AND NEED FOR ALL HANDS ON DECK MEETING. | BARRY A. CHATZ | 0.20 hr. |
| 04/21/15 | VELUCHAMY - E-MAILS RE: MEETING TO DISCUSS LITIGATION AND ALL OTHER OPEN ITEMS. | BARRY A. CHATZ | 0.30 hr. |
| 04/21/15 | VELUCHAMY - CALL WITH FRED CARUSO RE: MEETING AGENDA AND TAX AND LITIGATION STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 04/21/15 | VELUCHAMY: MULTIPLE CORRESPONDENCE RE: PAYMENT OF 2014 TAXES. | KEVIN H. MORSE | 0.20 hr. ⑷ -.2 |
| 04/27/15 | VELUCHAMY - CALL WITH ARIEL WEISSBERG RE: STATUS, ISSUES ON ORDERS, TURNOVER OF FUNDS ETC. | BARRY A. CHATZ | 0.30 hr. |
| 04/28/15 | VELUCHAMY - MEETING WITH ARIEL WEISSBERG RE: ISSUES ON ORDER AND MATTERS GOING FORWARD. | BARRY A. CHATZ | 0.30 hr. |
| 04/29/15 | VELUCHAMY - CALL WITH SCOTT ALSTERDA RE: STATUS. | BARRY A. CHATZ | 0.20 hr. |
| 04/30/15 | VELUCHAMY - DRAFT AGENDA FOR MEETING. | BARRY A. CHATZ | 0.20 hr. |
| 04/30/15 | VELUCHAMY - MEETING WITH COUNSEL TO QUALTEQ TRUSTEE, QUALTEQ TRUSTEE, VELUCHAMY TRUSTEE, AND ACCOUNTANT RE: CLOSING OF QUALTEQ MATTER AND LITIGATION ISSUES. | BARRY A. CHATZ | 1.00 hr. |
| 05/01/15 | VELUCHAMY - FOLLOW UP E-MAILS RE: LITIGATION WITH SONIA VELUCHAMY AND OTHER PARTIES. | BARRY A. CHATZ | 0.20 hr. |
| 05/06/15 | VELUCHAMY - CONFERENCE WITH JEREMY KLEINMAN RE: STATUS ON NEGOTIATIONS WITH ANU AND ARUN AND SONIA'S COUNSEL. | BARRY A. CHATZ | 0.30 hr. |
| 05/07/15 | VELUCHAMY - CALL WITH CLIENT AND E-MAIL RE: STATUS WITH RESPECT TO SONIA ET AL. LITIGATION AS WELL AS DISCUSSIONS WITH RESPECT TO QUALTEQ CLOSING. | BARRY A. CHATZ | 0.40 hr. |
| 05/11/15 | VELUCHAMY - REVIEW WITH D. GOLIN SETTLEMENT WITH RESPECT TO OTHER INTERESTS IN THE MISCELLANEOUS ENTITIES AND SALE PROTOCOL RELATING THERETO. | BARRY A. CHATZ | 0.20 hr. |
| 05/12/15 | VELUCHAMY - CALL WITH SCOTT ALSTERDA RE: UPDATE WITH RESPECT TO TURN OVER TO HELMS ESTATE TIMING. | BARRY A. CHATZ | 0.20 hr. |

-108.00

| | | |
|---|---|---|
| BRENDA PORTER HELMS TRUSTEE – VELUCHAMY - CASE ADMINISTRATION | | INVOICE: 2029575<br>PAGE 15 |

| Date | Description | Hours |
|---|---|---|
| 05/19/15 | VELUCHAMY - E-MAILS RE: DISTRIBUTION RE: CHASE AND TIMING RELATING THERETO.<br>BARRY A. CHATZ | 0.20 hr. |
| 05/21/15 | VELUCHAMY - E-MAILS RE: STATUS.<br>BARRY A. CHATZ | ④ 0.20 hr. -.2 |
| 05/26/15 | VELUCHAMY - E-MAILS RE: "QUI TAM" MATTER AND CALL WITH JOE FRANK RE: SAME.<br>BARRY A. CHATZ | 0.30 hr. |
| 05/26/15 | VELUCHAMY - CONFERENCE CALL RE: ANU, ARUN, AND SONIA LITIGATION/SETTLEMENT TERM OFFER DISCUSSIONS WITH COUNSEL, QUALTEQ TRUSTEE, AS WELL AS COUNSEL TO BANK OF AMERICA.<br>BARRY A. CHATZ | 0.40 hr. |
| 06/03/15 | VELUCHAMY - REVIEW FINAL MOTION DOCUMENTS RE: SALE OF ANU'S INTEREST IN LET US ENTERTAIN YOU RELATED ENTITIES.<br>BARRY A. CHATZ | 0.40 hr. |
| 06/04/15 | VELUCHAMY - CONFERENCE CALL RE: TRIAL AND TAX ISSUES AND FOLLOW UP CALL WITH JOE FRANK.<br>BARRY A. CHATZ | 0.30 hr. |
| 06/05/15 | VELUCHAMY: REVIEW MESSAGE FROM DEBTORS' COUNSEL RE: STATUS OF CASE (.1); CALL WITH DEBTORS' COUNSEL RE: POSSIBLE FDIC LITIGATION SETTLEMENT (.2); FORWARD MESSAGE TO TRUSTEE AND B. CHATZ (.1).<br>KEVIN H. MORSE | 0.40 hr. |
| 06/10/15 | VELUCHAMY - E-MAILS AND DISCUSSION WITH JOE FRANK RE: STATUS ON LITIGATION AND DISCUSSIONS TO BE HAD WITH BANK OF AMERICA.<br>BARRY A. CHATZ | 0.30 hr. |
| 06/16/15 | VELUCHAMY - PRE-HEARING ISSUES RE: SALE OF INTERESTS IN ENTITIES WITH D. GOLIN.<br>BARRY A. CHATZ | 0.40 hr. |
| 06/16/15 | VELUCHAMY - CALL FROM AN INTERESTED PARTY, NEW YORK BASED INVESTMENT HOUSE, RE: ASSET SALE AND BIDDING AT AUCTION.<br>BARRY A. CHATZ | 0.20 hr. |
| 06/18/15 | VELUCHAMY - CALL WITH JOE FRANK RE: ANU, ARUN, AND SONIA LITIGATION ISSUES, SETTLEMENT DISCUSSIONS, AND E-MAILS RELATING TO SAME.<br>BARRY A. CHATZ | 0.50 hr. |
| 06/19/15 | VELUCHAMY - CALL WITH FRED CARUSO, QUALTEQ TRUSTEE, RE: LITIGATION STATUS AND ISSUES FOR MEETING ON 6/22.<br>BARRY A. CHATZ | 0.30 hr. |
| 06/23/15 | VELUCHAMY - PRE-MEETING E-MAILS WITH BRENDA HELMS RE: FACTS FOR 2:00 P.M. MEETING.<br>BARRY A. CHATZ | 0.30 hr. |
| 06/23/15 | VELUCHAMY - PRE-CALL MEETING WITH JOE FRANK AND E-MAILS POST RE: SCHEDULE AND ISSUES FOR DISCUSSION.<br>BARRY A. CHATZ | 0.20 hr. |

-108.00